

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| vs. | Criminal No. 3:03-cr-30 WS |
| **KATHLEEN NELSON and** <br> **ROOSEVELT WALKER** | **DEFENDANTS** |

### FORM OF THE VERDICT

YOUR VERDICT MUST BE UNANIMOUS.  PLEASE PLACE AN "X" ON THE APPROPRIATE SPACE.

#### Kathleen Nelson

**Count 1**

__X__   We, the jury, find the defendant, Kathleen Nelson, guilty of conspiracy to commit murder as charged.

**OR**

_____   We, the jury, find the defendant, Kathleen Nelson, not guilty of conspiracy to commit murder as charged.

**Count 2**

__X__   We, the jury, find the defendant, Kathleen Nelson, guilty of conspiracy to commit mail fraud.

**OR**

_____   We, the jury, find the defendant, Kathleen Nelson, not guilty of conspiracy to commit mail fraud.

### Count 3

__X__  We, the jury, find the defendant, Kathleen Nelson, guilty of bank fraud.

**OR**

_____  We, the jury, find the defendant, Kathleen Nelson, not guilty of bank fraud.

### Count 4

_____  We, the jury, find the defendant, Kathleen Nelson, guilty of forging an endorsement on a check of the United States.

**OR**

__X__  We, the jury, find the defendant, Kathleen Nelson, not guilty of forging an endorsement on a check of the United States.

### Count 5

__X__  We, the jury, find the defendant, Kathleen Nelson, guilty of conversion of money of the United States.

**OR**

_____  We, the jury, find the defendant, Kathleen Nelson, not guilty of conversion of money of the United States.

### Count 7

__X__  We, the jury, find the defendant, Kathleen Nelson, guilty of attempting to obstruct Grand Jury proceedings.

**OR**

_____  We, the jury, find the defendant, Kathleen Nelson, not guilty of attempting to obstruct Grand Jury proceedings.

### Roosevelt Walker

#### Count 1

__X__  We, the jury, find the defendant, Roosevelt Walker, guilty of conspiracy to commit murder as charged.

**OR**

_____  We, the jury, find the defendant, Roosevelt Walker, not guilty of conspiracy to commit murder as charged.

**SO SAY WE ALL:**

DATED THIS THE __4__ DAY OF __Feb_____, 2006.

Form of the Verdict
Criminal No. 3:03-cr-30 WS

3