# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-60160
_____

United States of America,

*Plaintiff—Appellee,*

versus

Kathleen Nelson,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:03-CR-30-2

_____

A True Copy
Certified order issued May 04, 2022

Jyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of May 4, 2022, for want of prosecution. The appellant failed to timely pay the fee.

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

By: _____
          Majella A. Sutton, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT